ORIGINAL

FILED
HARRISBURG

JAN 29 2002

MARY E. D'ANDREA

# 1: CV 02-0142

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN F. BUTTS, | : | |
|     Plaintiff | : | |
| | : | CIVIL CASE NO: |
| v. | : | _____ |
| | : | |
| NATIONAL RECOVERY | : | |
| AGENCY, INC., | : | (Judge _____) |
|     Defendant | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| | : | |

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Joan F. Butts, is a citizen of the United States and resides at, 305 South 2nd Street, Steelton, Pennsylvania, 17113.

3. Defendant, National Recovery Agency, Inc. is a Pennsylvania corporation with its principal offices located at 4201 Crums Mill Road, P.O. Box 67015, Harrisburg, Pennsylvania, 17106.

4. Plaintiff was employed by the defendant at 4201 Crums Mill Road, Harrisburg, Pennsylvania, 17106.

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint from February, 2000 through June 10, 2000.

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint from February, 2000 through June 10, 2000.

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on November 26, 2000, a copy of which notice is attached to this complaint as Exhibit A.

8. Targeted because of her religion, Roman Catholic, and/or her ethnicity, Italian, and/or her sex, female, Plaintiff was constructively terminated from her employment on June 10, 2001.

JS 44
(Rev. 7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOAN F BUTTS
305 S 2nd ST
STEELTON PA 17113

## DEFENDANTS
NATIONAL RECOVERY AGENCY INC
4201 CRUMS MILL RD
PO BOX 67015
HARRISBURG PA 17106

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: DAUPHIN
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: DAUPHIN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BRIAN J PUHALA ESQ
FRED HAIT + ASSOC PC
17 E HIGH ST
CARLISLE PA 17013    717-249-4500

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. CAUSE OF ACTION
TITLE VII OF CIVIL RIGHTS ACT OF 1964 FOR EMPLOYMENT DISCRIMINATION FOR RELIGIOUS, ETHNIC AND SEXUAL HARASSMENT

## V. NATURE OF SUIT
[X] 442 Employment

## VI. ORIGIN
[X] 1 Original Proceeding

## VII. REQUESTED IN COMPLAINT:
DEMAND $ UNDETERMINED
JURY DEMAND: [X] YES

## VIII. RELATED CASE(S) IF ANY

DATE: 1/28/02
SIGNATURE OF ATTORNEY OF RECORD